IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DUTCH VALLEY GROWERS, INC., an Illinois corporation, and JAMES PAARLBERG d/b/a PAARLBERG FARMS, an Indiana sole proprietorship, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| | ) Case No. 16-CV-2085 |
| v. | )<br>) |
| JOHN RIETVELD, individually, DUTCH VALLEY PARTNERS, LLC, an Illinois limited liability company, DUTCH VALLEY HYBRIDS, LLC, an Illinois limited liability company, and KATHY ROSENBERG, individually, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |
| JOHN RIETVELD, individually, DUTCH VALLEY PARTNERS, LLC, an Illinois limited liability company, and KATHY ROSENBERG, individually, | )<br>)<br>)<br>)<br>) |
| Defendants/Counter-Plaintiffs, | ) |
| v. | ) |
| DUTCH VALLEY GROWERS, INC., an Illinois corporation, JAMES PAARLBERG, d/b/a PAARLBERG FARMS, an Indiana sole proprietorship, JAMES PAARLBERG, individually, and RYAN PAARLBERG, individually, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs/Counter-Defendants. | ) |

## JOINT AGREED MOTION TO EXTEND SCHEDULING ORDER DATES

NOW COME the Parties, by and through their respective counsel, and for their Joint Agreed Motion to Extend Scheduling Order Dates state:

1. On December 8, 2016, a scheduling order was entered in this case setting the following dates:

> Fact witness depositions - 05/30/17;
> Fact discovery – 05/30/17;
> Plaintiff's expert disclosure and reports – 06/30/17;
> Defendant's expert disclosures and reports – 06/30/17;
> Retained expert witness depositions – 07/31/17;
> Rebuttal expert witness disclosures – 08/31/17;
> Rebuttal expert witness depositions – 09/30/17;
> Case Dispositive Motions – 11/15/17;
> Final Pre-trial Conference – 03/15/18; and
> Trial – 04/09/18.

> The December 8, 2016 scheduling order is incorporated herein by reference ("Scheduling Order").

2. The Parties have engaged in discovery disputes and motions to compel discovery since the entry of the December 8, 2016 Scheduling Order.

3. On January 24, 2017, an Order was entered granting Plaintiffs' request to image certain computers in Defendants' possession and providing that Defendants have seven (7) days after receipt of an imaging report from Plaintiffs' expert to object to disclosure of information based upon privilege, relevance, or privacy. The January 24, 2017 Order is incorporated herein by reference.

4. On January 24, 2017, the Court directed Plaintiffs to file a Supplemental Motion to Compel regarding Plaintiffs' request to image a third computer – John's iMac.

5. In an effort to avoid duplicitous work by Plaintiffs' forensic computer expert and the parties, Plaintiffs advised Defendant that they would image the computers once the Court ruled on Plaintiffs' Supplemental Motion to Compel.

6. On February 14, 2017, pursuant to Plaintiffs' Supplemental Motion to Compel, an Order was entered granting Plaintiffs' request to image John's iMac in Defendants' possession. The February 14, 2017 Order is incorporated herein by reference.

7. On February 16, 2017, Plaintiffs sought leave to file a First Amended Complaint that, among other things, adds three new counts to the lawsuit. On March 3, 2017, the First Amended Complaint was formally entered by the Court.

8. On or about February 20, 2017, Plaintiffs' expert imaged the three computers in Defendants' possession.

9. Defendants were provided an imaging report from Plaintiffs' expert on or about March 3, 2017, which identified over 825,000 file entries contained on the three computers imaged pursuant to the January 24, 2017 Order.

10. As a result of the number of file entries contained in the imaging report, Defendants have requested an extension to March 31, 2017 to object to the disclosure of information from the three computers based upon the January 24, 2017 Order, and Plaintiffs have no objection to Defendants' request for an extension of time through March 31, 2017 to object to disclosure of information from the three computers pursuant to privilege, relevance or privacy.

11. It is expected to take an additional 7 days after receipt of Defendants' objections for Plaintiffs' expert to redact the images from the computers before those images are

made available to counsel for Plaintiffs pursuant to the protocol set forth in the January 24, 2017 Order.

12. It will also take several weeks to review the information from the images of the computers and to resolve any disputes that may arise from the privilege log tendered by Defendants.

13. As a result of the discovery disputes and additional time required to review the computer information, fact witness depositions cannot be completed by May 30, 2017, particularly as the Parties anticipate at least approximately 15 fact witness depositions will be required and Parties' counsel will not have had sufficient opportunity to review the information from the imaged computers.

14. The Parties request an extension of 60 days from the current fact discovery, expert discovery, and trial dates set forth in the Scheduling Order to prepare the case for trial.

15. Defendants were provided a proposed new scheduling dates and are in agreement with the new dates.

WHEREFORE, the Parties request the following:

A. That the dates set forth in the Scheduling Order be reset as follows:

| Event | Current Deadline | Jt Prop. Deadline |
| --- | --- | --- |
| Fact witness depositions | 5/30/17 | 7/31/17 |
| Fact discovery | 5/30/17 | 7/31/17 |
| Plaintiffs' expert disclosure and reports | 6/30/17 | 8/31/17 |
| Defendants' expert disclosure and reports | 6/30/17 | 8/31/17 |
| Retained expert witness depositions | 7/31/17 | 9/30/17 |
| Rebuttal expert witness disclosures | 8/31/17 | 10/31/17 |
| Rebuttal expert witness depositions | 9/30/17 | 11/30/17 |
| Expert discovery cut-off | 9/30/17 | 11/30/17 |
| Case Dispositive Motions | 11/15/17 | 1/15/18 |
| Final Pre-Trial Conference | 3/15/18 | 5/15/18 |

4

| Trial | 4/09/18 | June-July 2018 |

B. For such other and further relief as the Court deems just and proper.

Dated: March 15, 2017

Respectfully submitted,

| Dutch Valley Growers, Inc. and Paarlberg Farms | John Rietveld, Dutch Valley Partners, LLC, Dutch Valley Hybrids, LLC and Kathy Rosenberg |

By: /S/ Patrick C. Keeley
One of Plaintiffs' Attorneys

By: /S/Luke M. Meriwether
One of Defendants' Attorneys

Patrick C. Keeley
ARDC #03124539
Thomas A. Jackson
ARDC #06211220
Jason Singleton
ARDC #06275929
Piccione, Keeley & Associates, Ltd.
122C South County Farm Road
Wheaton, Illinois 60187
630-653-8000 - telephone
630-653-8029 (fax)
pkeeley@pkalaw.com
tjackson@pkalaw.com
jsingleton@pkalaw.com
ledland@pkalaw.com
Joseph D. Murphy
ARDC #6192246
Meyer Capel, A Professional Corporation
306 W. Church Street
P.O. Box 6750
Champaign, Illinois 61826-6750
217.352.0030
217.352.9294 fax
jmurphy@meyercapel.com

Christopher W. Bohlen
Barmann, Bohlen & Jacobi, P.C.
I.D. 00244945
200 East Court Street, Suite 602
Kankakee, Illinois 60901
815-939-1133 (telephone)
815-939-0994 (fax)
bohlen@kankakeelaw.com

Luke M. Meriwether
R. Cameron Garrison
Travis W. McCallon
LATHROP & GAGE LLP
2345 Grand Boulevard,
Suite 2200
Kansas City, Missouri 64108
816.292.2000 (telephone)
816.292.2001(fax)
lmeriwether@lathropgage.com
rgarrison@lathropgage.com
tmccallon@lathropgage.com

## CERTIFICATE OF SERVICE

I, Leslie A. Edland, a non-attorney, state that I served a copy of the attached documents upon:

Christopher W. Bohlen
Barmann, Bohlen & Jacobi, P.C.
I.D. 00244945
200 East Court Street, Suite 602
Kankakee, Illinois 60901
815-939-1133 (telephone)
815-939-0994 (fax)
bohlen@kankakeelaw.com

Luke M. Meriwether
R. Cameron Garrison
Travis W. McCallon
LATHROP & GAGE LLP
2345 Grand Boulevard,
Suite 2200
Kansas City, Missouri 64108
816.292.2000 (telephone)
816.292.2001(fax)
lmeriwether@lathropgage.com
rgarrison@lathropgage.com
tmccallon@lathropgage.com

on March 15, 2017  via:

| x | The Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed above; |
|---|---|
| ☐ | |

☐ Personal service;

☐ U.S. mail, by depositing it in the U.S. mail at 122C South County Farm Road, Wheaton, Illinois at or before 5:00 p.m., with proper postage prepaid to the address listed above;

☐ Overnight deliver to the address listed above;

☐ Facsimile and/or Electronic Mail from Wheaton, Illinois, to the telephone numbers and/or Electronic Mail addresses listed above.

_____

J:\LIT\DutchValleyGrowers\Pleadings\JT Mtn to Ext Sched Order.docx\lae