IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DUTCH VALLEY GROWERS, INC., and JAMES PAARLBERG, d/b/a PAARLBERG FARMS, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| JOHN RIETVELD, DUTCH VALLEY PARTNERS, LLC, DUTCH VALLEY HYBRIDS, LLC, and KATHY ROSENBERG, | ) ) ) ) )   Case No. 2:16-cv-02085-EIL |
| Defendants/Counter-Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| DUTCH VALLEY GROWERS, INC., JAMES PAARLBERG, d/b/a PAARLBERG FARMS, and RYAN PAARLBERG, | ) ) ) ) ) |
| Counter-Defendants. | ) |

**AGREED ORDER OF DISMISSAL**

Plaintiffs/Counter-Defendants, Dutch Valley Growers, Inc. ("Growers") and James Paarlberg, individually and d/b/a Paarlberg Farms ("Paarlberg") (Growers and Paarlberg collectively "Plaintiffs") and Ryan Paarlberg ("Ryan"), and Defendants/Counter-Plaintiffs, John Rietveld, individually ("Rietveld"), Dutch Valley Partners, LLC ("Partners"), and Kathy Rosenberg, individually ("Rosenberg") and Dutch Valley Hybrids, LLC ("Hybrids") (collectively "Defendants") (all parties, collectively "Parties"), hereby agree and stipulate that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction.  The Parties jointly request that this Court retain jurisdiction to enforce certain terms

1

of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

**IT IS HEREBY ORDERED:**

1. The Parties shall comply with the signed Settlement Agreement dated September 15, 2017. The Parties expressly waive their rights under Fed. R. Civ. P. 65(d) to the extent Rule 65(d) requires the Court's Order to be specific in terms or to describe in reasonable detail and without reference to the settlement agreement, the act or acts to be restrained.

2. By consent of the Parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement.

3. This case is hereby dismissed without prejudice with leave to reinstate on or before July 1, 2021 for the sole purpose of enforcing the settlement. Except as provided in the Settlement Agreement, each party shall bear their own attorneys' fees and costs. This Agreed Order of Dismissal is entered without prejudice for the exclusive purpose of allowing the Court to enforce the Settlement Agreement, if necessary. The Parties are barred from relitigating any claims raised in this litigation or any claims released by means of the Settlement Agreement.

4. In the event that a motion to reinstate or a motion to enforce settlement is not filed on or before July 1, 2021, the Court shall relinquish jurisdiction and the case shall be deemed dismissed with prejudice without further order of the Court as of July 1, 2021.

**IT IS SO ORDERED** this 18th day of September, 2017.

s/ ERIC I. LONG<br>
Honorable ERIC I. LONG<br>
United States Magistrate Judge

K:\LIT\DutchValleyGrowers\SETTLEMENT\ProposedOrderJtStipDismissal-9152017.docxlae